United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GUSTAVO ORTIZ-ORTIZ,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:25-CV-00279** |
| | § | |
| | § | |
| **PERRY GARCIA, *et al.*,** | § | |
| **Respondents.** | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1). Petitioner is a native and citizen of Mexico. At the time the lawsuit was filed, Petitioner was detained at the LaSalle County Regional Detention Center in Encinal, Texas. (Dkt. No. 1-2). Petitioner challenges his detention and requests an immediate release from custody or a bond hearing. (Dkt. No. 1 at 14).

Public records suggest that Petitioner is no longer in custody. *See* United States Immigration and Customs Enforcement, Online Detainee Locator System, available at https://locator.ice.gov (last visited Aug. 27, 2026). The Court needs additional information regarding Petitioner's status. The Court **ORDERS** the Respondents to provide an advisory within ten (10) days from the entry of this Order indicating whether Petitioner is still in custody.

ORDERED this 28th day of August, 2026.

Nelva Gonzales Ramos
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE